## JOLLY *v.* MORGAN COUNTY JUNIOR COLLEGE DISTRICT ET AL.

No. 453.   Decided November 10, 1969

*Albert W. Gebauer* for appellant.

*Duke W. Dunbar,* Attorney General of Colorado, and *John E. Bush,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## KRAFFT *v.* NEW YORK

No. 474.   Decided November 10, 1969

*Sidney Greenberg* for appellant.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.